■ MICHAEL P. GRACE II, Appellant, v. REAL PROPERTY OWNERS, INC., Respondent.— Order, entered March 9, 1960, granting defendant-respondent's motion for an order, pursuant to rule 113 of the Rules of Civil Practice, dismissing the complaint, and the judgment entered thereon, unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally and Eager, JJ.

■ In the Matter of ELLA WADE et al., Appellants, v. STATE RENT ADMINISTRATOR, Respondent, and ST. MARY'S GREEK CATHOLIC CHURCH, Intervenor-Respondent.— Order, entered June 6, 1960, denying petitioners' application pursuant to article 78 of the Civil Practice Act, for an order revoking and annulling the State Rent Administrator's determination granting landlord's application for certificates of eviction, unanimously affirmed, with $20 costs and disbursements to the respondent, State Rent Administrator. No opinion. Concur — Breitel, J. P., Rabin, McNally and Eager, JJ.

■ ATHENA MARGARONIS, Respondent, v. PANDELIS A. MARGARONIS, Appellant. FREDERICK KATZ, as Special Guardian, Respondent.— Order, entered on July 19, 1960, granting plaintiff's motion for counsel fees in the amount of $3,500, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Order, entered on July 19, 1960, denying defendant's motion, pursuant to rule 107 of the Rules of Civil Practice to dismiss the complaint, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Motion for a stay dismissed, having become academic by virtue of the decision of this court herein. The stay contained in the order to show cause, dated August 2, 1960, is vacated. Concur — Breitel, J. P., Rabin, McNally and Eager, JJ.

■ AEROLYN FABRICS, INC., Plaintiff, v. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Defendant and Third-Party Plaintiff-Appellant. LUCKENBACH STEAMSHIP COMPANY, INC., Third-Party Defendant-Respondent.— Order, entered June 9, 1958, granting third-party defendant-respondent's motion to dismiss the third-party complaint pursuant to subdivision 5 of rule 107 of the Rules of Civil Practice and the judgment entered thereon, unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Noonan, JJ.

■ NEREUS SHIPPING COMPANY, S. A., Respondent, v. JOHNSON & HIGGINS, INC., Appellant.— Order, entered on April 15, 1960, denying defendant's motion to dismiss the amended complaint pursuant to subdivision 4 of rule 106 and subdivision 6 of rule 107 of the Rules of Civil Practice unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Noonan, JJ.